IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHN BREADY, SHELLIE BREADY,**
**and MARCELLE L. GILL, on behalf of**
**and as Legal Guardian of Madison Christensen**         **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO. 3:03cv891(HTW)(LRA)**

**KENNETH L. KNOCH**
**and O & S TRUCKING, INC.**                              **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

Upon this Court having been informed that the plaintiffs have agreed to dismiss all claims filed in this action with prejudice as to all defendants; and upon this Court having determined that all claims in the above styled matter against all defendants should be dismissed with prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that all claims filed by the plaintiffs in the above referenced matter against all defendants should be dismissed with prejudice with each party bearing its own costs.

SO ORDERED AND ADJUDGED, this the 28th day of August, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:
/s/ Mitchell H. Tyner, Sr.
Mitchell H. Tyner, Sr., #8169
Attorney for Plaintiffs

/s/ Rebecca B. Cowan
Rebecca B. Cowan, Esq. #7735
Attorney for Defendants